UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-3560 WDK (AFMx) | Date | May 8, 2020 |
|---|---|---|---|
| Title | United States of America v. David Neville Griffin, et al. | | |

| Present: The Honorable | William D. Keller, Senior United States District Judge |
|---|---|

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     (In Chambers   No Proceedings Held)

On March 2, 2020, the Court set a Law and Motion Cut-off Date of April 30, 2020.  To date, the parties have not filed any motion(s).  Plaintiff counsel is ordered to file a Status Report as to how they plan to proceed with the case no later than July 10, 2020.  If the parties wish to proceed to trial, please provide proposed pretrial and trial dates.

                                                                                                              :
                                                                            Initials of Preparer        SMO