JS-6

Yasha Bronshteyn, Esq. SBN: 210248
Edward Babakhani, Esq. SBN: 316524
Ginzburg & Bronshteyn, APC
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yasha@gbllp-law.com

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

-----------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **December 1, 2018 Wilder vs. Fury** Match,

                      Plaintiff,

      -against-

DAVID NEVILLE GRIFFIN and JOSEPH PATRICK GRIFFIN, Individually, and as officers, directors, shareholders and/or principals of NDG INC. d/b/a GRIFFINS OF KINSALE,

and

NDG INC. d/b/a GRIFFINS OF KINSALE,

                      Defendants.
-----------------------------------------------------------

Civil Action No.
2:19-CV-03560-WDK-E

**<u>ORDER OF DISMISSAL</u>**

      The above-styled and numbered cause of action having been filed with the Court, and the Stipulation of Dismissal dated June 11, 2020 having been considered, it is, therefore,

1 **ORDERED** that the above matter, be dismissed without prejudice and without costs to
2 either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4 **SO ORDERED** this

6 \_\_12th\_\_ day of \_\_June\_\_, 2020

_____
**HON. WILLIAM D. KELLER**
**UNITED STATES DISTRICT JUDGE**